AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LINDA BROWN,**

       **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

                                **CASE NO. C2-11-044**

**MICHAEL J. ASTRUE,**         **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**           **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**
**SOCIAL SECURITY,**

       **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      Pursuant to the ORDER filed March 20, 2012, JUDGMENT is hereby entered in favor of the Defendant.  This case is DISMISSED.

Date:  March 20, 2012                       JAMES BONINI, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk