# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LINDA BROWN,**

     **Plaintiff,**

                                                  **Civil Action 2:11-cv-44**
**v.**                                              **Judge Edmund A. Sargus**
                                                **Magistrate Judge E.A. Preston Deavers**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Objection to the United States Magistrate Judge's February 27, 2012 Report and Recommendation. (ECF No. 22.) The Magistrate Judge recommended that the Court overrule Plaintiff's Statement of Errors and Affirm the Commissioner of Social Security's finding of non-disability. (ECF No. 19.) The Report and Recommendation specifically advised parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 23, ECF No. 19.) Neither party timely objected. Noting that no objections had been timely filed, the Court adopted the Report and Recommendation, overruled Plaintiff's Statement of Errors, affirmed the Commissioner's finding of nondisability, and directed the Clerk to enter judgment in favor of Defendant. (March 20, 2012 Order, ECF No. 20.) Plaintiff submitted her Objection to the Report and Recommendation to a local Social Security office. On the first page of her Objection, Plaintiff notes that she submitted her

Objection on April 6, 2012, more than two weeks after the Clerk had entered judgment and twenty-five days after the time to object had expired. On May 15, 2012, Plaintiff's Objection arrived at the Social Security Administration's Office of Disability of Adjudication and Review. That office forwarded Plaintiff's Objection to the Court, and the Court docketed it on May 21, 2012. Because Plaintiff's Objection is untimely, it is **OVERRULED**. This case remains closed. The Clerk is **DIRECTED** to send a copy of this Order to Linda Brown, 550 Clarendon Ave., Columbus, Ohio 43223.

**IT IS SO ORDERED.**

5-29-2012
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**